# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-445-139

**Effective Date of Registration:**
January 30, 2025
**Registration Decision Date:**
May 12, 2025

## Title

**Title of Work:** Classic Forest Snails and Mushrooms

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 12, 2020
**Nation of 1st Publication:** Serbia

## Author

- **Author:** Aleksandra Misic
  **Pseudonym:** Alex Jade
  **Author Created:** 2-D artwork
  **Citizen of:** Serbia

## Copyright Claimant

**Copyright Claimant:** Aleksandra Misic
Vase Stajica 17, Novi Sad, 21000, Serbia

## Rights and Permissions

**Name:** Aleksandra Misic
**Email:** alexjadeart12@gmail.com
**Address:** Vase Stajica 17
Novi Sad 21000 Serbia

## Certification

**Name:** David Denholm
**Date:** January 30, 2025

