**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**

Joseph F. Weis, Jr. U. S. Courthouse
700 Grant Street
Pittsburgh, PA 15219
www.pawd.uscourts.gov

**BRANDY S. LONCHENA**
CLERK OF COURT                                    IN REPLYING GIVE NUMBER
412–208–7500                                       OF CASE AND NAMES OF PARTIES

Date: December 5, 2025

Register of Copyrights
Copyright Office
Library of Congress
Washington, DC 20559

RE:   ALEKSANDRA MISIC vs.  SCHEDULE A DEFENDANTS
Case Number:   **2:25–CV–01841–PLD**

Dear Sir or Madam:

In compliance with the provisions of 17 U.S.C. 508, enclosed is a copy of the complaint, docket entries and AO 121 form which was filed in the United States District Court for the Western District of Pennsylvania.

Sincerely,

BRANDY S. LONCHENA
CLERK OF COURT

By:   /s/ **Bradley Ruth**
Deputy Clerk

Enclosures