**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALEKSANDRA MISIC, | Civil Action No. |
| Plaintiffs, | 25-cv-1841 |
| v. | (Judge Horan) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 2 | Deldeli |
| 6 | Angelian |
| 7 | ZHLJ1992-ING |
| 8 | Quietchan |
| 9 | Foiosoh |
| 11 | JUMBEAR |
| 12 | YETTASBIN |
| 13 | Lanyubaihuoshanghang |
| 14 | YQJS |
| 15 | Moudou |
| 16 | JingXCYT |
| 17 | ayoup |
| 19 | YEGAME |
| 20 | OTVEE |
| 21 | Lancerry |
| 22 | Yongxing Store |
| 23 | GuangZhouZhanLuo |

| | |
|---|---|
| 24 | kingpan |
| 28 | Internet Love |
| 29 | CIAIDU |
| 30 | MINGWENGLAN |
| 33 | Jackdona |
| 34 | laicehn |
| 35 | liluuu |
| 41 | Kaltoon |
| 42 | Rainnielove |
| 44 | Fatecreator |
| 45 | KIOWEIR |
| 46 | JSSM USA |
| 48 | mingbin's shop |
| 50 | Moudeng |
| 52 | HAIIO |
| 53 | ShanJy |
| 54 | Jucciaco |
| 55 | hongyikj |
| 64 | Zonking |
| 65 | Delerain |
| 68 | QIDIA |
| 70 | Linkjay |
| 71 | Jiaying Liu 7700 |
| 75 | mashenlidedian |
| 76 | WHBAG |
| 79 | hefeifenmaoshangmaoyouxiangongsi |
| 80 | HOMEWFF |
| 81 | putianshichengxiangwanchenglimaoyiyouxiangongsi |
| 82 | HANSUNION |
| 83 | Blueangle |
| 84 | Yuxiz |
| 85 | ZCHOMI |
| 87 | luuuzxc |
| 88 | zydiagxu |
| 89 | KiuLoam Store |
| 91 | BenYaSong |
| 95 | Li Ming Jue |
| 98 | Yangsa Home Textile |
| 104 | CUHTSVDFii |

| 105 | ZZRZZR |
|---|---|
| 108 | YEZHUMAO STORE |
| 115 | NOMEDOGYlm |
| 119 | Soursearu |
| 121 | hagame |
| 122 | Idomural |
| 123 | Ysidec |
| 124 | zhihuzeng |
| 125 | shen yang shi shen he qu gao guan bai huo mao yi d |
| 129 | Huimoulian |
| 131 | BEATYLOVEM |
| 132 | muishibaby |
| 141 | Jixing-us |
| 146 | SHIQZVZS |
| 148 | USCHIFIYU |
| 150 | CUKOLSXA |
| 153 | HEPVTUAK |
| 159 | ALAZA |
| 160 | CHIFIGNO |
| 164 | XYIYI |
| 165 | Wang Rong |
| 167 | ZZAEO |
| 168 | Yashilaiyashop |
| 171 | Luojijiqing |
| 172 | FVBAO |
| 175 | Watuequa |
| 176 | Zanmaysong |
| 178 | DDETIan |
| 179 | fh001 |
| 180 | QquanLli |
| 181 | SmoafflyUS |
| 184 | Msauto |
| 185 | Famame Bag Store |
| 186 | MAHU |
| 189 | malage |
| 191 | JNlanqi |
| 192 | POFMTG |
| 193 | XYFCS |
| 194 | Yongdun99 |

| | |
|---|---|
| 195 | JQstore |
| 201 | Athenstics Stainless steel cup |
| 202 | zhi xian jiao |
| 203 | Lucksign Better Home |
| 204 | chenxingmaoyi |
| 206 | fengw shops |
| 211 | lunjixianmaoyi |
| 212 | YongmoStore |
| 213 | Hing Chi Hui Co., Ltd. |
| 214 | standhustle |
| 216 | Qianlionline |
| 219 | HankJok |
| 220 | SEMPAI Store |
| 221 | WXLWZYWL |
| 222 | Velvet Grain |
| 223 | jierenjiemaoyi |
| 224 | Jiahome |
| 225 | haibinglanmaoyi |
| 226 | zhanchunxia |
| 227 | quanzhoushichenxiaoguangmaoyiyouxiangongsi |
| 228 | Dance Joy Square Company |
| 246 | Pinsella |
| 259 | Milanket |
| 260 | Globargains |
| 261 | Amazing Home Textile |
| 262 | QKlinens |
| 263 | MyBedShare |
| 286 | Clido |
| 289 | Just sell it casually |
| 290 | miaoCome |
| 291 | SewMingle |
| 300 | QB Plussize Fashion |
| 303 | HappyBunnies Boutique |
| 310 | QA Fashion Shop |
| 311 | QE Trendy Clothing |
| 312 | QF Flawless Fashion |
| 314 | CLannad cup |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 6, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff